SO ORDERED: November 10, 2015.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: TIMOTHY DALE STINES SR

Debtor(s)                                                    CASE NO: 15-90383-BHL-13

**ORDER GRANTING TRUSTEE'S
AMENDED FIRST OMNIBUS OBJECTION (DOC. 37)**

The Chapter 13 Trustee, Joseph M. Black Jr., filed his AMENDED FIRST Omnibus Objection on October 9, 2015, and the response time expired on November 9, 2015.

The Court, after reviewing the Trustee's objection and no responses being filed, HEREBY grants the Trustee's proposed treatment of all claims listed.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the Trustee's AMENDED FIRST Omnibus Objection shall be Sustained.  It is further ORDERED that the proposed treatment(s) by the Trustee is GRANTED.

The Office of the Chapter 13 Trustee will distribute this order.

###

JMB